AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassady, William E. | U.S.D.C. S.D. Alabama | 12/28/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Manager | Cassady Farms, LLC |
| 3. | Manager | Southbury Condo, LLC |
| 4. | Litigation Committee | Federal Magistrate Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/14/2016 - 09/16/2016 | Washington DC | FMJA Committee Meeting | Lodging, travel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin/Templeton World Fund CL A (TEMWX) IRA | D | Dividend | M | T | | | | | |
| 2. Franklin Income Fund CL A (FKINX) | D | Dividend | M | T | | | | | See Note 1, Part VIII |
| 3. The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | | | | | |
| 4. Vanguard Mutual Funds IRA | | | | | | | | | |
| 5. - Balanced Index Fund Admiral Shares (VBINX) | C | Dividend | L | T | | | | | |
| 6. - STAR Fund (VGSTX) | C | Dividend | L | T | | | | | |
| 7. Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 8. -Balanced Index Fund (VBIAX) | C | Dividend | M | T | | | | | |
| 9. Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | See Note 2, Part VIII |
| 10. Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | A | Rent | N | Q | | | | | |
| 11. House & lot, Greenville, AL (Apr. 4/4/10) (Cassady Farms, LLC) | D | Rent | K | Q | | | | | |
| 12. Common Stock, Town & Country National Bank | D | Distribution | M | U | | | | | |
| 13. Participating Units - Cassady Farms, LLC | | None | N | T | | | | | |
| 14. Participating Units - Southbury Condo, LLC | D | Rent | L | T | | | | | |
| 15. Brokerage Account #1 | | | | | | | | | |
| 16. - Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | | None | J | T | | | | | See Note 3, Part VIII |
| 17. -OPEN END MUTUAL FUNDS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Dividend | K | T | Sold (part) | 08/23/16 | J | A | |
| 19. --Nuveen Mun Trust Inter Duration Mun Bd Fd CL I (NUVBX) | A | Dividend | K | T | Buy (add'l) | 08/23/16 | J | | |
| 20. --T Rowe Price Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Dividend | K | T | Buy (add'l) | 08/23/16 | J | | |
| 21. --T Rowe Price Tax Free Shrt Intermediate Fund (PRFSX) | A | Dividend | K | T | Buy (add'l) | 08/23/16 | J | | |
| 22. --T Rowe Price Summit Mun FDS INC Mun INC FD (PRINX) | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 23. --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | Sold (part) | 08/23/16 | J | A | |
| 24. --American Europacific Growth FU CL F2 (AEPFX) | A | Distribution | J | T | Sold (part) | 08/23/16 | J | A | |
| 25. --American Cap World Bd Class F2 (BFWFX) | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 26. --Goldman Sachs Tr Finl Square Tax Free Money Mkt Instl Cl (FTXXX) | A | Dividend | | | Sold (part) | 01/11/16 | J | A | |
| 27. | | | | | Sold (part) | 04/08/16 | J | A | |
| 28. | | | | | Sold | 07/08/16 | J | A | |
| 29. --GOLDMAN SACHS TR FINL Square Treas Instrs FD Inst CL (FTIXX) | A | Distribution | J | T | Buy | 08/23/16 | J | | |
| 30. | | | | | Sold (part) | 10/14/16 | J | A | |
| 31. --MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX) | A | Dividend | J | T | Sold (part) | 08/23/16 | J | A | |
| 32. --MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 33. --MFS Ser Tr X Emerging Mkts Debt Fd Class I (MEDIX) | A | Distribution | J | T | Buy | 08/23/16 | J | | |
| 34. --Brookfield Invt Funds Global Listed Real Estate Fd Cl Y (BLRYX) | A | Distribution | J | T | Sold (part) | 08/23/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Principal FDS Inc Midcap Fund Instl Class (PCBIX) | A | Distribution | J | T | Buy | 08/23/16 | J | | |
| 36. --Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 37. --Templeton Income TR GLB BD Advisor Class (TGBAX) | A | Distribution | J | T | Sold (part) | 08/23/16 | J | A | |
| 38. --Deutsche Tax Free (SZMIX) | A | Dividend | | | Sold (part) | 06/30/16 | J | A | |
| 39. | | | | | Sold | 08/23/16 | J | A | |
| 40. -EQUITY TRUSTS | | | | | | | | | |
| 41. --FIRST TRUST STRATIGIC DIV SELECT PORT SER 23 R | B | Distribution | | | Buy | 01/27/16 | K | | |
| 42. | | | | | Sold | 09/19/16 | K | B | |
| 43. --First Trust Utlities Select Portfolio Ser 36 Rein | B | Distribution | | | Sold | 08/19/16 | J | B | |
| 44. --First Trust Energy Select Portfolio Series 53 Reinvest | A | Distribution | | | Redeemed | 11/29/16 | J | A | |
| 45. --First Trust Preferred Income Port Series 70 Rein | A | Distribution | | | Redeemed | 11/08/16 | K | A | |
| 46. --Guggenheim Zacks Income Advantage Strategy PRT (2 yr) 14 R | B | Dividend | K | T | | | | | |
| 47. --FIRST TRUST MUNI INCM SEL C/E PORT SER 62 REINV | A | Distribution | | | Sold (part) | 01/26/16 | K | A | |
| 48. | | | | | Redeemed | 08/04/16 | J | A | |
| 49. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED END PORT SRS 60 R | B | Distribution | | | Redeemed | 05/19/16 | K | B | |
| 50. --First Trust Sabrient Forward Looking Value Port Series 3 Rein | A | Distribution | | | Redeemed | 09/29/16 | K | A | |
| 51. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED END SER 65 R | A | Distribution | | | Sold (part) | 04/26/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed | 12/15/16 | J | A | |
| 53. --FIRST TRUST TARGET GLBAL DVD LEADERS 2Q' 16 TERM 7 REINVEST | A | Dividend | K | T | Buy | 04/27/16 | K | | |
| 54. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED-END PRT SER 75 REIN | B | Interest | K | T | Buy | 05/17/16 | K | | |
| 55. --FIRST TRUST 60/40 STRATEGIC ALLCTN PORT 3Q TERM 10/17/17 R | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 56. --FIRST TRUST PREFERRED INCOME PORTFOLIO SERIES 85 R | A | Distribution | K | T | Buy | 09/19/16 | K | | |
| 57. --FIRST TRUST MUNICIPAL INC. SELECT C/E PORT SER 80 REIN | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 58. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 59. --FIRST TRUST ENERGY SELECT PORTFOLIO SER 61 REINVEST | A | Dividend | J | T | Buy | 11/28/16 | J | | |
| 60. -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 61. --Liberty All-Star Equity Fund (USA) | A | Dividend | J | T | | | | | |
| 62. --First Trust Dynamic Europe Equity Income Fd (FDEU) | B | Dividend | K | T | Sold (part) | 04/14/16 | J | A | |
| 63. -VARIABLE ANNUITIES | | | | | | | | | |
| 64. --Jackson Natl Life Ins Co Perspective II 04/14 Variable Annuity | A | Dividend | L | T | | | | | |
| 65. The Ohio National Life Ins. Co. Annuity - Fixed Rate | C | Distribution | L | T | | | | | See Note 4, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part VII, Investments, Line 2.
The 2015 FDR reflected that this was a retirement account. It is, in fact, a non-retirement account.

Note 2 - Part VII, Investments, Line 9.
The rent income from this property is reported in Part VII, Line 14.

Note 3 - Part VII Investments, Line 16.
The Annual Report is amended on 12/28/2017 to include the name of the brokerage company.

Note 4 - Part VII Investments, Line 65.
The Annual Report is amended on 12/28/2017 to include that the annuity is a fixed rate annuity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Cassady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544